1

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7                            FOR THE DISTRICT OF ARIZONA

8

9    Darrell K. Fatty,                    )    No. 05-1163-PHX-ROS (MS)
                                          )
10                  Petitioner,           )    **ORDER**
                                          )
11   vs.                                  )
                                          )
12                                        )
     Dora B. Schriro, et al.,             )
13                                        )
                    Respondents.          )
14                                        )
     ———————————————————————————          )
15

16

17        On April 15, 2005, Petitioner filed a petition for writ of habeas corpus.  (Doc. 1)

18   Respondents moved to dismiss the petition based on Petitioner's failure to obtain

19   authorization from the Court of Appeals to file a successive petition. (Doc. 7) On April 24,

20   2006, Magistrate Judge Morton Sitver issued a Report and Recommendation ("R&R")

21   recommending that Respondents' motion to dismiss be granted and the petition for writ of

22   habeas corpus be dismissed.  (Doc. 10)  No objections were filed by either party.

23        The Court "may accept, reject, or modify, in whole or in part, the findings or

24   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the

25   district judge must review the magistrate judge's findings and recommendations *de novo if*

26   *objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121

27   (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219,

28   1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of

1  factual and legal issues is required if objections are made, 'but not otherwise.'"). District

2  courts are not required to conduct "any review at all . . . of any issue that is not the subject

3  of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985).  No objection having been

4  made, the Court will adopt the R&R in full.

5      Accordingly,

6      **IT IS ORDERED** that the Report and Recommendation (Doc. 10) is **ADOPTED** and

7  the Motion to Dismiss (Doc. 7) is **GRANTED**.  The petition for writ of habeas corpus is

8  **DISMISSED WITHOUT PREJUDICE**.

9

10     DATED _5/24/06_ .

11

12

13                    Roslyn O. Silver
                      United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28